UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 05-543 (WHW) |
| v. | : | Hon. William H. Walls, Senior United States District Judge |
| STEPHEN D. KESSLER | : | ORDER |

This matter having come before the Court on the motion of defendant Stephen D. Kessler (Michael D'Alessio, Jr., Esq., appearing) for an order terminating early his supervised release pursuant to Title 18, United States Code, Section 3583(e)(1); and the United States of America (Paul J. Fishman, United States Attorney, by James B. Nobile, Assistant U.S. Attorney, appearing) having opposed this motion; and the Court having (1) read the submissions of the parties, (2) reviewed the record in this matter and (3) applied the law, including assessing the applicable factors under Title 18, United States Code, Section 3553(a); and for good cause shown,

It is on this 22 day of November, 2011,

ORDERED that defendant Stephen D. Kessler's motion be DENIED.

_____
HON. WILLIAM H. WALLS
Senior United States District Judge